JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NAIN ARDON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PAMELA BONDI,* *et al.*,<br><br>　　　　Defendants. | No. 5:22-cv-01112-SSS-SPx<br><br>**ORDER AND JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

*The successors of public officers sued in their official capacities are automatically substituted for their predecessors. Fed. R. Civ. P. 25(d).

Pursuant to the Court's Order granting defendant Pamela Bondi's ("Defendant"), Motion for Summary Judgment, dated October 21, 2025 (Dkt. 81), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Defendant's motion for summary judgment is GRANTED in its entirety.

2. Nain Ardon ("Plaintiff") failed to meet his burden of proving a prima facie case of disparate treatment under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act. Plaintiff failed to demonstrate pretext. Defendant offered ample evidence of legitimate, nondiscriminatory reasons for the challenged actions.

3. Plaintiff failed to meet his burden of proving a prima facie case of retaliation under Title VII. The individuals responsible for the alleged conduct were unaware that Plaintiff had engaged in prior EEO activity.

4. Plaintiff failed to meet his burden of proving a prima facie case of hostile work environment under Title VII. Plaintiff failed to demonstrate that any verbal or physical conduct was based on any protected trait.

5. Plaintiff failed to meet his burden of proving a prima facie case under the Rehabilitation Act that he is a person with a disability.

6. All claims against Defendant are DISMISSED WITH PREJUDICE.

7. JUDGMENT IS ENTERED in favor of Defendant.

8. Costs of suit are awarded to Defendant in an amount according to proof. Within 14 days after entry of this judgment, Defendant shall file and serve in accordance with L.R. 54-2 a completed Application to the Clerk to Tax Costs.

**IT IS SO ORDERED.**

Dated: November 4, 2025

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE